**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BULLSEYE TELECOM, INC.,
a Michigan corporation,

    Plaintiff,

                                Case No. 09-13046
v.                                     Hon. Lawrence P. Zatkoff

CISCO SYSTEMS, INC.,
a California corporation,

    Defendant.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated May 6, 2010, Plaintiff's action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 6th day of May, 2010.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                BY:   S/Marie E.Verlinde
                                              Marie E. Verlinde
                                              Case Manager

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE